**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7442

CURTIS RAY BROOKS,

            Plaintiff - Appellant,

      v.

LIPTROT, Lieutenant/Supervisor; DR. NICHOLS, Psychiatrist,

            Defendants - Appellees,

      and

T. L. BIRKHEAD, Program Supervisor; T. JOHNSON, Correctional
Officer; R. CLARY, Evidence Based Practice-Manager; WENDY S.
HOBBS, Regional Administrator; K. S. TURNER,
Lieutenant/Supervisor,

            Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema,
District Judge. (1:12-cv-01405-LMB-JFA)

Submitted: December 19, 2013      Decided: December 24, 2013

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Curtis Ray Brooks, Appellant Pro Se. John Michael Parsons,
Assistant Attorney General, Richmond, Virginia; Isaac Abraham
McBeth, Edward J. McNelis, III, RAWLS, MCNELIS & MITCHELL, PC,

Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Ray Brooks appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brooks v. Liptrot, No. 1:12-cv-01405-LMB-JFA (E.D. Va. filed Aug. 21, 2013; entered Aug. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED